IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN GALETTE,<br>        *Plaintiff* | :<br>:<br>: |
| v. | :   CIVIL ACTION<br>:   NO. 22-2778 |
| AVENUE 365 LENDING SERVICES LLC<br>and NEWREZ, LLC *also operating as*<br>CALIBER HOME LOANS and CALIBER<br>HOME FUNDING,<br>        *Defendants.* | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this **23rd** day of **January, 2024**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29), Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 31), and Defendants' Reply Memorandum (ECF No. 32), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that summary judgment is entered, and all of the claims in the Amended Complaint are dismissed with prejudice.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge